# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Civil Division

**FILED**
December 01, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____CV_____
DEPUTY

**6:23-cv-00828**

Philip Morgan Ireland

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Amy Ward D/B/A Judge Amy Ward
Terry Jacobson D/B/A Terry Jacobson Attorney at Law

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV23211
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Philip Morgan Ireland
   Street Address: 215 State Hwy 75 South
   City and County: Fairfield, Freestone County
   State and Zip Code: Texas, 75840
   Telephone Number: (903)-915-8795
   E-mail Address: Philipireland23@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

- Name: Amy Ward
- Job or Title (if known): Judge Amy Ward
- Street Address: 118 E. Commerce, arm. 401
- City and County: Fairfield, Freestone County
- State and Zip Code: TEXAS, 75840
- Telephone Number: 903.389.4836
- E-mail Address (if known):

Defendant No. 2

- Name: Terry Jacobson
- Job or Title (if known): Jacobson Law Firm, P.C.
- Street Address: 733 W 2nd Ave
- City and County: Corsicana, Navarro County
- State and Zip Code: Texas, 75110
- Telephone Number: 903.874.7117
- E-mail Address (if known):

Defendant No. 3

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1st Claim- Violation under the Tuckers Act. 28 U.S.C 1346(a) and 1491.
2nd Claim- Violation of Due Process. 5th Amendment of the Constitution
3rd Claim- Violation of the Administrative Procedures Act of 1946
4th Claim- Conspiracy. 18 U.S.C. 1349

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Plaintiff seeks 5.5 million dollars in damages against the defendants for violations mentioned above in Box.A.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Statement of claim is mentioned on the attached document under "Short and Plain Statement of the Claim." Plaintiff filed a claim in the 87th District Court in Freestone County in which Amy Ward was the acting Judge and Terry Jacobson was the Attorney for the Defendant. The Judge dismissed all claims brought by the Plaintiff with blatant disregard to any evidence that was presented. The Plaintiff's affidavits we're not rebutted, and the Plaintiffs Motions were not acknowledged. The judge also held the Plaintiff, who was proceeding "pro se/ pro per" to a higher standard that the "licensed" Attorney who is practicing law before the B A R. Since the Attorney and the Judge are apart of the same legal group, there is a conflict of interest causing bias and partiality.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff seeks relief in the amount of $5.5 million, in which the basis for these claims can found under "Negligence, Summary, and Damages in the attached document." Everything has been included in the Document titled "5.5 MILLION DOLLAR NOTICE OF CLAIM UNDER THE TUCKERS ACT FOR VIOLATION OF DUE PROCESS BY HOLDING THE PLAINTIFFS PLEADINGS TO A HIGHER STANDARD WHEN ATTORNEYS DONT HAVE A LICENSE.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/24/2023

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Philip Ireland

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

RDC 03   0 L'

 | PRIORITY® MAIL

FROM:

PRIORITY ★ MAIL ★     UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:
Philip Ireland
215 State Hwy 75 S
Fairfield, TX 75840

xpected delivery date specified for domestic use.
omestic shipments include $100 of insurance (restrictions apply).*
SPS Tracking® service included for domestic and many international destinations.
mited international insurance.**
hen used internationally, a customs declaration form is required.
rance does not cover certain items. For details regarding claims exclusions see the
estic Mail Manual at http://pe.usps.com.
e International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

RECEIVED
DEC 01 2023
CLERK, U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

TO: U.S. District Clerks
Office
800 Franklin Ave, Rm 380
Waco, TX 76701

AT RATE ENVELOPE
E RATE ■ ANY WEIGHT

RACKED ■ INSURED

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP


PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

Label 228, March 2016   FOR DOMESTIC AND INTERNATIONAL USE