UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **PHILIP MORGAN IRELAND,** | § | |
| **Plaintiff,** | § | |
| v. | § | CIVIL NO. W-23-CV-00828-ADA |
| **AMY WARD, TERRY JACOBSON,** | § | |
| **Defendants.** | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Order and Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 4. The Report orders that Plaintiff Philip Morgan Ireland's motion to proceed in forma pauperis be **GRANTED** and recommends that Plaintiff's claims be **DISMISSED AS FRIVOLOUS**. The Order and Report and Recommendation was filed on December 6, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on December 19, 2023. ECF No. 5. The Court has conducted a *de novo* review of the complaint, the report and recommendation, the objections to the report and

recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske, ECF No. 4, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's objections are **OVERRULED**.

**IT IS FINALLY ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED AS FRIVOLOUS** in accordance with the Report and Recommendation.

**SIGNED** this 3rd day of January, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE